# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREN DALY, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LONNIE OLIVER, et al. | : | 21-281 |

**O R D E R**

AND NOW, this 27th day of September, 2023, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Scott W. Reid, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED IN PART and DISMISSED IN PART; there is no basis for the issuance of a certificate of appealability.

BY THE COURT:

\_\_s/ANITA B. BRODY, J.\_\_\_\_\_
ANITA B. BRODY, J.