# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Lauren Daly, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 21-281 |
| | : | |
| Lonnie Oliver, et al. | : | |
| | : | |

## ORDER

**AND NOW**, this 8TH day of May, 2024, it is **ORDERED** that good cause is shown for Petitioner Lauren Daly's Amended Motion for Relief Under 60(b) (ECF No. 31), and that the motion is **GRANTED**. Daly's 2254 proceedings are **REOPENED**.

It is **FURTHER ORDERED** that Daly's Objections (ECF No. 28) to Magistrate Judge Reid's Report and Recommendation (ECF No. 22) are **OVERRULED**, and her Petition for Writ of Habeas Corpus (ECF No. 1) is **DENIED**. There is no basis for the issuance of a certificate of appealability.

                                                                             __s/ANITA B. BRODY, J._____
                                                                             ANITA B. BRODY, J.